FILED
AUG - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lisa D. Brown, Plaintiff,

vs.

Contra Costa Cty Sup. Ct
C.C.C Sherriff
C.C.C. DCFS Defendant.

C08-03806 EDL

CASE NO. __________

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
**(Non-prisoner cases only)**

I, Lisa D. Brown, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Ø Net: Ø

Employer: __________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

wages per month which you received.

Gross $2,000,000 Net $150,000

$11,000/mo.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ____ No X

b. Income from stocks, bonds, or royalties? Yes ____ No X

c. Rent payments? Yes ____ No X

d. Pensions, annuities, or life insurance payments? Yes ____ No X

e. Federal or State welfare payments, Social Security or other government source? Yes ____ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

______________________________________________

______________________________________________

3. Are you married? Yes ____ No ✓

Spouse's Full Name: ______________________________

Spouse's Place of Employment: ______________________________

Spouse's Monthly Salary, Wages or Income:

Gross $______________ Net $______________

4. a. List amount you contribute to your spouse's support:$ ______________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children,

list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_______________________________________________

_______________________________________________

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No X

Make ______________ Year __________ Model ______________

Is it financed? Yes _____ No ______ If so, Total due: $ ______________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________

_______________________________________________

Present balance(s): $ ______________________________

Do you own any cash? Yes ____ No X Amount: $ ______________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ✓ No ____

jewelry

8. What are your monthly expenses?

Rent: $ ______________ Utilities: ______________

Food: $ ______________ Clothing: ______________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| First Premier | $100 | $ 600.00 |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

?

______________________________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

______________________________________________

______________________________________________

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8/8/08 ______________________________________________

DATE SIGNATURE OF APPLICANT