FILED
08 AUG 13 PM 3:27

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADR

LISA D. Brown

Plaintiff(s),

v.

Contra Costa Superior Court et. all

Defendant(s).

No. C  C08-03806 EDL

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/13/08

Signature _____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")