1
2          IN THE UNITED STATES DISTRICT COURT
3
4          FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
   LISA D. BROWN,
6                                        No. C-08-3806 MMC
7          Petitioner,
                                   **JUDGMENT IN A CIVIL CASE**
8      v.
9
   CONTRA COSTA SUPERIOR COURT, et al.
10
           Respondent(s).
11 _____/
12
          **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues
13
   have been tried and the jury has rendered its verdict.
14
          **(X)  Decision by Court.** This action came to trial or hearing before the Court. The
15
   issues have been tried or  heard and a decision has been rendered.
16
          **IT IS SO ORDERED AND ADJUDGED** that pursuant to an order entered
17
   August 22, 2008, 1. Plaintiff's application to proceed in forma pauperis is hereby
18
   GRANTED; and 2. Plaintiff's complaint is hereby DISMISSED without leave to amend.
19
20 Dated: August 22, 2008                Richard W. Wieking, Clerk
21
22                                        By: Frank Justiliano
                                          Deputy Clerk
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


LISA D. BROWN,

                 Plaintiff,

   v.

CONTRA COSTA SUPERIOR COURT et al,

                 Defendant.

_____/

Case Number: CV08-03806 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Lisa D. Brown
57 Ramona Road
Danville, CA 94526

Dated: August 22, 2008

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk